■ CLAUDINE GRAHAM, an Infant, by Her Mother and Natural Guardian, PEARLINA THOMPSON, et al., Plaintiffs, v CITY OF NEW YORK, Defendant, and CORONA GROUP HOME et al.,

Defendants and Third-Party Plaintiffs-Respondents. TEMPOSITION HEALTH CARE, Third-Party Defendant-Appellant. [698 NYS2d 894] —In an action, *inter alia*, to recover damages for negligent hiring, the third-party defendant appeals from an order of the Supreme Court, Queens County (Polizzi, J.), dated August 27, 1998, which denied its motion for summary judgment dismissing the third-party complaint.

Ordered that the order is affirmed, with costs payable by the appellant to the respondents.

There are triable issues of fact which require the denial of summary judgment. O'Brien, J. P., Krausman, Florio and Feuerstein, JJ., concur.